

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00216-CV

_____

IN THE INTEREST OF C.K.C., A CHILD

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 36,676, Honorable Phil N. Vanderpool, Presiding

August 14, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Seth Cochrane, perfected an appeal from the trial court's order signed May 28, 2019, by which his parent-child relationship with C.K.C. was terminated. Appellant's brief was due on July 22, 2019, but was not filed. By letter dated July 25, 2019, this Court notified appellant that his brief was past due and directed appellant to file his brief or a motion to extend time to file same by August 5. By a second letter, this one dated August 6, the Court again notified appellant that his brief remained past due and that his appeal was subject to dismissal for want of prosecution if the brief or a motion to extend the time to file it were not filed on or before August 9, 2019. To date, neither a brief nor a motion for extension of time to file same has been received by the Court.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).


Per Curiam